RECEIVED
IN MONROE, LA

MAR 12 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BETTYE SLOCUM | CIVIL ACTION NO. 06-0865 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LINDA S. MMAHON, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 10], together with the written objection thereto filed with this Court [Doc. No. 11], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration regarding Claimant's application for social security disability insurance benefits and supplemental security income benefits is AFFIRMED, and Claimant's Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 12 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE